**Dismissed and Memorandum Opinion filed February 25, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-13-00942-CV

**BIG MASONRY, L.L.C, Appellant**

**V.**

**EDWARD LIVING TRUST, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 09-08-07550-CV**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 10, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 31, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. See Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Brown.